```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------- X

PAKISTAN TEHREEK-E-INSAF USA LLC
a/k/a PTI USA, LLC,

                            Plaintiff,

              -against-

PT! USA and JOHN DOE, *a fictitious person in charge of the organization*;

                         Defendants.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/19/2020

20-CV-2392 (VEC)

<u>ORDER</u>

**VALERIE CAPRONI, United States District Judge:**

      WHEREAS Plaintiff has moved for a preliminary injunction; and

      WHEREAS a telephonic hearing has been scheduled for March 24, 2020, at 10:30 A.M.;

      IT IS HEREBY ORDERED THAT all parties must appear for the hearing by calling (888) 363-4749, using the access code 3121171. As previously ordered, Plaintiff must effect and file proof of service by **March 19, 2020**, and Defendants must file responsive papers by **5:00 P.M. on March 23, 2020**.

**SO ORDERED.**

**Dated: March 19, 2020**
         **New York, NY**

                                                     **VALERIE CAPRONI**
                                               **United States District Judge**