UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
PAKISTAN TEHREEK-E-INSAF USA LLC                             :
a/k/a PTI USA, LLC,                                          :
                                                             :
                                Plaintiff,                   :
                                                             :     20-CV-2392 (VEC)
            -against-                                        :
                                                             :          ORDER
PTI USA and JOHN DOE, a fictitious person                    :
in charge of the organization,                               :
                                                             :
                                Defendants.                  :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/23/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on Plaintiff's motion for a preliminary injunction is scheduled for March 24, 2020;

WHEREAS an individual named Sam Khan, reportedly Defendant's General Secretary, contacted the Court and requested an adjournment, explaining that Defendants could not retain counsel on short notice due to the pandemic in New York;

IT IS HEREBY ORDERED THAT the hearing is adjourned to **March 31, 2020, at 11:00 A.M.** All parties must appear for the hearing by calling (888) 363-4749, using the access code 3121171. Plaintiff must effect and file proof of service of this Order by **March 25, 2020**, and Defendants must file responsive papers by **5:00 P.M. on March 30, 2020**. The parties may jointly request a further extension, if necessary, by filing a request on ECF.

**SO ORDERED.**

**Dated: March 23, 2020**
    **New York, NY**

_____
**VALERIE CAPRONI**
United States District Judge