```
UNITED STATES DISTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                           DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC #:
                                                        DATE FILED: 03/31/2020
```

------------------------------------------------------------- X
PAKISTAN TEHREEK-E-INSAF USA LLC                              :
a/k/a PTI USA, LLC,                                           :
                                                              :
                        Plaintiff,    :
                                                              :    20-CV-2392 (VEC)
      -against-                                             :
                                                              :    ORDER
                                                              :
PTI USA and JOHN DOE, *a fictitious person*                   :
*in charge of the organization,*                              :
                                                              :
                        Defendants.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a telephonic hearing on Plaintiff's motion for a preliminary injunction on March 31, 2020;

    WHEREAS Mr. Jonathan Silver appeared on behalf of Defendant PTI USA; and

    WHEREAS Plaintiff's counsel objected to Mr. Silver's appearance as defense counsel in this matter because of a possible conflict of interest stemming from a prior consultation between Mr. Silver and Plaintiff's purported authorized representative, Imran Igra;

    IT IS HEREBY ORDERED THAT the hearing on Plaintiff's motion for a preliminary injunction is continued pending the determination of Mr. Silver's status as defense counsel. Plaintiff's motion for disqualification is due by **April 7, 2020**. Defendant PTI USA must either respond to the motion by **April 14, 2020**, or retain new counsel and instruct incoming counsel to file an appearance by that date, which would moot the motion for disqualification. If PTI USA

does not retain new counsel, Plaintiff must file any reply by **April 17, 2020**.

**SO ORDERED.**

**Dated: March 31, 2020**
      **New York, NY**

                                                **VALERIE CAPRONI**
                                            **United States District Judge**