| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>PAKISTAN TEHREEK-E-INSAF USA LLC  :<br>a/k/a PTI USA, LLC,                                              :<br>                                                                                    :<br>                                      Plaintiff,                     :<br>                                                                                    :<br>                   -against-                                           :<br>                                                                                    :<br>                                                                                    :<br>PTI USA and JOHN DOE, *a fictitious person*   :<br>*in charge of the organization,*                               :<br>                                                                                    :<br>                                      Defendants.               :<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 05/18/2020<br><br><br>20-CV-2392 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff has filed, *ex parte*, a memorandum of law and a supplemental declaration stating, in general terms, the types of information that defense counsel reportedly received from a pre-suit consultation with Plaintiff's purported representative, Mr. Imran Igra, Dkt. 27;

WHEREAS only Exhibit B to the supplemental declaration appears to be a privileged communication;

WHEREAS Defendant needs access to the remaining materials in order to respond to Plaintiff's arguments;

WHEREAS Exhibits A and C of the declaration would otherwise be discoverable to resolve the issue of Mr. Igra's authority to commence this action on Plaintiff's behalf; and

WHEREAS Plaintiff's supplemental declaration and memorandum of law otherwise speak in general terms and fail to demonstrate why they should remain under seal and *ex parte*, particularly given prior public filings in this case;

IT IS HEREBY ORDERED THAT Plaintiff must publicly file the supplemental declaration, except for Exhibit B, and the memorandum of law on ECF, **no later than noon on May 19, 2020**.  The Court further notes that documents filed under seal with the Court are part of the Court's record and will not be destroyed following the conclusion of the case, contrary to Plaintiff's request.

**SO ORDERED.**

**Dated: May 18, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**