```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PAKISTAN TEHREEK-E-INSAF USA LLC        :
a/k/a PTI USA, LLC,                     :
                                        :
                    Plaintiff,     :
                                        :       20-CV-2392 (VEC)
      -against-                         :
                                        :       <u>ORDER</u>
                                        :
PTI USA and JOHN DOE, *a fictitious person* :
*in charge of the organization,*        :
                                        :
                   Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court previously ordered Plaintiff to publicly file its *ex parte* submissions, with the exception of Exhibit B to Mr. Igra's declaration;

      WHEREAS Plaintiff's filing on the public docket omits Exhibit A; and

      WHEREAS Plaintiff's counsel is unreachable via the telephone number on the docket sheet and has failed to respond to an email inquiry from chambers;

      IT IS HEREBY ORDERED THAT Plaintiff must publicly file Exhibit A on the docket **by noon on May 23, 2020**.  Plaintiff's counsel, Mr. Yoram Nachimovsky, must also file a letter providing a phone number at which he can be reached.

**SO ORDERED.**

**Dated: May 22, 2020**
      **New York, NY**

                                                               _____
                                                                **VALERIE CAPRONI**
                                                              **United States District Judge**