UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
PAKISTAN TEHREEK-E-INSAF USA LLC
a/k/a PTI USA, LLC,

                        Plaintiff,

        -against-

PTI USA and JOHN DOE, *a fictitious person in charge of the organization*,

                     Defendants.
------------------------------------------------------------- X

20-CV-2392 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff's counsel, Yoram Nachimovsky, filed a motion to withdraw, Dkt. 39;

       WHEREAS Mr. Nachimovsky asserted a charging lien, Dkt. 41;

       WHEREAS the Court stayed this action and held Mr. Nachimovsky's motion to withdraw in abeyance pending Plaintiff's retention of new counsel, Dkt. 40;

       WHEREAS the Court warned Plaintiff that the case will be immediately dismissed for failure to prosecute if no new counsel files a notice of appearance on its behalf by July 18, 2020, Dkt. 40;

       WHEREAS no counsel has appeared as of the date of this Order; and

       WHEREAS Plaintiff has not requested more time to retain new counsel;

       IT IS HEREBY ORDERED THAT this action is DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Because there is no recovery in this case, Mr. Nachimovsky's assertion of a charging lien is moot, and the Court need not decide whether he

withdrew with good cause. The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.

**SO ORDERED.**

**Dated: July 21, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**